IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RITA BENCZKOWSKI,<br>    **Plaintiff** | : | No. 3:21cv1066 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| BOHLIN CYWINSKI JACKSON,<br>    **Defendant** | : | |

## 1ST ORDER

**AND NOW**, to wit, this **1** day of August 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant Bohlin Cywinski Jackson's motion for summary judgment (Doc. 20) is **DENIED**;

2) Plaintiff Rita Benczkowski's motion for leave to file an amended complaint (Doc. 26) is **GRANTED**; and

3) Within seven (7) days of this order, plaintiff shall file her amended complaint exactly as proposed with her motion. (See Doc. 26, ECF pp. 9-27).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court